United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TREANDOUS COTTON, | No. 3:13-CV-03744 WHA  (NJV) |
| Plaintiff, | ORDER CORRECTING ERRATUM |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

The phrase "on July 26, 2012," on line 1 of page 2 of the court's order of July 30, 2015 (Doc. 49) is HEREBY DELETED.

IT IS SO ORDERED.

Dated: July 30, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TREANDOUS COTTON, | No. 3:13-CV-03744 WHA  (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MATTHEW CATE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on July 30, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Treandous Cotton
T-97805
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Litigation Coordinator
Salinas Valley State Prison
PO Box 1020
Soledad, CA  93960

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas