UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREANDOUS COTTON,<br><br>       Plaintiff,<br><br>  v.<br><br>JOEL YOUNG,<br><br>       Defendant. | Case No. 13-cv-03744-WHA  (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

      A settlement conference was held on September 10, 2015, and the results of that proceeding are indicated below:

    (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

       ( X ) Plaintiff, Treandous Cotton, Pro Se.

       (   ) Warden or warden's representative

       ( X ) Office of the California Attorney General, Sharon Garske.

       ( X ) Other: Patricia Lee for California Department of Corrections and Rehabilitation.

    (2) The following individuals, parties, and/or representatives did not appear:

_____

    (3) The outcome of the proceeding was:

       ( X ) The case has been completely settled. A telephonic status conference is scheduled for October 20, 2015 at 1:00 pm. The parties are instructed to dial 888-684-8852 and enter access code 1868782 to make their appearances.

       (   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet

attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREANDOUS COTTON,<br><br>    Plaintiff,<br><br>  v.<br><br>JOEL YOUNG,<br><br>    Defendant. | Case No.  13-cv-03744-WHA   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on September 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Treandous Cotton
T-97805
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: September 11, 2015

    Susan Y. Soong
    Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3