1  KAMALA D. HARRIS
   Attorney General of California
2  DANIELLE F. O'BANNON
   Supervising Deputy Attorney General
3  SHARON A. GARSKE
   Deputy Attorney General
4  State Bar No. 215167
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA  94612-0550
6   Telephone:  (510) 622-4464
    Fax:  (510) 622-2270
7   E-mail:  Sharon.Garske@doj.ca.gov
   *Attorneys for Defendant Young*
8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13
   TREANDOUS COTTON,                     C 13-3744 WHA (PR)
14
                             Plaintiff,  STIPULATION FOR VOLUNTARY
15                                       DISMISSAL WITH PREJUDICE
              v.                         (Fed. R. Civ. P. 41(a)(1)(A)(ii));
16                                       [PROPOSED] ORDER

17 MATTHEW CATE, et al.,

18                           Defendants.

19
        Plaintiff Treandous Cotton and Defendant Young have resolved this case in its entirety.
20
   Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of
21
   Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own litigation costs and attorney's fees.
22
        It is so stipulated.
23

24 Dated:  9-10-2015                      By: L. Cotton
25                                        Treandous Cotton
                                          Plaintiff
26

27

28
                                              1
Stip. Voluntary Dismissal With Prejudice; [Proposed] Order (C 13-3744 WHA (PR))

1 | Dated: 9/16/15

Sharon A. Garske
Deputy Attorney General
Attorneys for Defendant Young

## ORDER

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 9/18/15

The Honorable William Alsup
United States District Judge

SF2013405942
11983701.doc

2

Stip. Voluntary Dismissal With Prejudice; [Proposed] Order (C 13-3744 WHA (PR))